## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MIN LI,

     Petitioner,

v.                                                                      No. 2:26-cv-357-WJ-JFR

DORA CASTRO, Warden of Otero County Processing
Center;
KRISTI NOEM, Secretary, United States Department of
Homeland Security,
PAMELA BONDI, Attorney General of the
United States;

     Respondents.

## FINAL ORDER CLOSING CASE

THIS MATTER is before the Court on the Stipulation of Dismissal Pursuant to F.R.C.P.

41(a)(1)(A)(ii) filed by the parties **[Doc. 14]**.  The Stipulation dismisses this case without prejudice

under Fed. R. Civ. P. 41(a)(1)(A)(ii).  The dismissal of the action is self-executing and requires no

further action by the Court.  *De Leon v. Marcos,* 659 F.3d 1276, 1283 (10th Cir. 2011).

    **IT IS THEREFORE ORDERED** that this action has been **DISMISSED without**

**prejudice** and this case is **CLOSED.**

               /s/
               WILLIAM P. JOHNSON
               SENIOR UNITED STATES DISTRICT JUDGE